UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| **CROWN LABORATORIES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) No. 2:16-CV-00251 |
| **PURETEK CORPORATION, MEDICAL SPECIALTIES GROUP, LLC, MEDICAL SPECIALTIES GROUP OF LOUISIANA, LLC, MEDICAL SPECIALTIES GROUP INTERNATIONAL, LLC, AND OPEN MRI, INC.,** | ) ) ) ) **Jury Trial Demanded** ) ) |
| | ) |
| **Defendants.** | ) |

## JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Crown Laboratories, Inc. and Defendants PureTek Corporation, Medical Specialties Group, LLC, Medical Specialties Group of Louisiana, LLC, Medical Specialties Group International, LLC, and Open MRI, Inc. (collectively the "Parties") jointly notify the Court that the Parties have finalized an agreement to settle this litigation.

The Parties further hereby stipulate and agree that the above-captioned action is voluntarily dismissed with prejudice.

Respectfully submitted, this 31st day of July, 2017.

/s/ James R. Lawrence, III
James R. Lawrence, III (NC BPR No. 44560)
MICHAEL BEST & FRIEDRICH LLP
2501 Blue Ridge Road, Suite 390
Raleigh, NC 27607
Telephone: (984) 220-8746
E-mail: jrlawrence@michaelbest.com

Robert L. Arrington (TN BPR No. 001108)
Frank A. Johnstone (TN BPR No. 006295)

/s/ Jeffrey Blake
Jeffrey Blake, *pro hac vice*
191 Peachtree Street, NE Suite 3800
Atlanta, GA 30303
Tel: (404) 954-5040
Fax: (404) 954-5099
jblake@merchantgould.com

John T. Winemiller, TN Bar #21084

1

Wilson Worley Moore Gamble & Stout PC
P.O. Box 88
Kingsport, TN 37662
Telephone: (423) 723-0400
Email: rarrington@wwmgs.com
Email: fjohnstone@wwmgs.com

Anthony J. Biller (NC BPR No. 24117)
Coats and Bennett
1400 Crescent Green, Ste 300
Cary, NC 27518
Telephone: (919) 854-1844
Email: abiller@coatsandbennett.com

*Attorneys for Crown Laboratories, Inc.*

Ian G. McFarland, TN Bar #30549
9719 Cogdill Rd., Suite 101
Knoxville, TN 37932-3322
Tel: (865) 830-5960
Fax: (865) 380-5999
jwinemiller@merchantgould.com
imcfarland@merchantgould.com

MERCHANT & GOULD P.C.

*Attorneys for PureTek Corporation*

*/s/ Robert G. Brazier*
Robert G. Brazier (admitted pro hac vice)
Georgia Bar No. 078938
rbrazier@bakerdonelson.com
Steven G. Hall (admitted pro hac vice)
Georgia Bar No. 319308
shall@bakerdonelson.com
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: 404.577.6000
Facsimile: 404.221.6501

Brent B Young, BPR No. 019667
byoung@bakerdonelson.com
100 Med Tech Parkway, Suite 200
P O Box 3038 CRS
Johnson City, TN 37602
Telephone: 423-928-0181
Facsimile: 423-975-7642

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

*Attorneys for Medical Specialties Group,
LLC, Medical Specialties Group of Louisiana,
LLC, Medical Specialties Group
International, LLC, and Open MRI, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 31st day of July, 2017 a copy of the foregoing **JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties my access this filing through the Court's electronic filing system.

*/s/ James R. Lawrence, III*
James R. Lawrence, III

*Attorney for Crown Laboratories, Inc.*